IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

YOLANDA BIRMINGHAM                                                              PLAINTIFF

VS.                                           Case No. 06-CV-4019

AIG LIFE INSURANCE COMPANY
and THE DOW CHEMICAL COMPANY                                        DEFENDANTS

## ORDER

On April 4, 2006, Defendants filed a Motion to Dismiss, or in the Alternative, for Summary Judgment. (Doc. 6) Defendants argue Plaintiff failed to exhaust her administrative remedies. Plaintiff filed a response to the motion (Doc. 11), and Defendants filed a reply. (Doc. 14) In their reply, Defendants state there are factual issues with respect to the exhaustion issue and that they wish to withdraw their motion. Therefore, the Court finds Defendants Motion to Dismiss, or in the Alternative, for Summary Judgment should be and hereby is **denied.**

IT IS SO ORDERED, this 4th day of May, 2006.

                                                                                    /s/ Harry F. Barnes
                                                                                   Hon. Harry F. Barnes
                                                                                   U.S. District Court