IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

YOLANDA BIRMINGHAM                                                              PLAINTIFF

VS.                                          CASE NO. 06-CV-4019

AIG LIFE INSURANCE COMPANY
and THE DOW CHEMICAL COMPANY                                                 DEFENDANTS

## ORDER

Before the Court is Plaintiff Yolanda Birmingham's Motion to Compel Discovery. (Doc. 18). Defendants AIG Life Insurance Company and the Dow Chemical Company have responded. (Doc. 26). The Court finds the motion ripe for consideration.

Plaintiff served a limited set of discovery requests on Defendants, seeking to obtain information to "assist Plaintiff in arguing for a less deferential standard of review." (Doc. 19-1, pg. 5). The Court, by Order of even date, has granted Plaintiff a less deferential standard of review of the ERISA plan administrator's decision. Following *Woo v. Deluxe Corp.*, 144 F.3d 1157, 1161 (8th Cir. 1998), the Court will review the decision to deny benefits to Birmingham for abuse of discretion, taking into account irregularities in the handling of the claim and the plan administrator's conflict of interest.

However, even where a less deferential standard of review is used, this Court is discouraged from considering evidence outside of that which was before the administrator. *Donatelli v. Home Ins. Co.*, 992 F.2d 763, 765 (8th Cir. 1993). The purpose behind this rule is to "ensure expeditious judicial review of ERISA benefit decisions and to keep district courts from becoming substitute plan administrators." *Id*. As a result, the Court will limit its further inquiries in this case to the

administrative record. It follows that Plaintiff's Motion to Compel Discovery should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 13th day of October, 2006.

                 /s/Harry F. Barnes
                 Hon. Harry F. Barnes
                 United States District Judge